**No. 46709.**—Protests 15832–K, etc., of Dr. Julius Schuelein (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the brewers' yeast in question is similar in all material respects to that the subject of Abstract 45733 it was held entitled to free entry under paragraph 1669 as claimed.